Case 1:26-cv-03549-DEH    Document 1-1    Filed 04/29/26    Page 1 of 2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| JOINT STOCK COMPANY STATE SAVINGS BANK OF UKRAINE, also known as JSC OSCHADBANK, <br><br> Plaintiff, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> Defendant. | Index No. <br><br> **SUMMONS** <br><br> Plaintiff designates New York County as the place of trial. |

TO THE ABOVE NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorneys your answering papers on this motion within the time period specified in the notice of motion annexed hereto.  In case of your failure to submit answering papers, summary judgment will be taken against you by default for the relief demanded in the notice of motion.

The action will be heard in the Supreme Court of the State of New York in and for the County of New York.  This action is brought in the County of New York because, pursuant to CPLR 503 (a), none of the parties reside in the State of New York and Plaintiff designates the County of New York as the place of trial.

Dated: New York, New York
     April 1, 2026

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By:  */s/ Dennis H. Hranitzky*

Dennis H. Hranitzky
Debra D. O'Gorman
Yvonne Y. Zhang
295 Fifth Avenue
Tel.: (212) 849-7000
dennishranitzky@quinnemanuel.com
debraogorman@quinnemanuel.com
yvonnezhang@quinnemanuel.com

Alex H. Loomis (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel.: (617) 712-7100
alexloomis@quinnemanuel.com

*Attorneys for Plaintiff*

To:  The Russian Federation

2