**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

JOINT STOCK COMPANY STATE SAVINGS BANK OF UKRAINE, also known as JSC OSCHADBANK,

              Plaintiff,

    v.

THE RUSSIAN FEDERATION,

              Defendant.

---

Index No.

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT**
**<u>IN LIEU OF COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the Affirmation of Debra D. O'Gorman dated April 1, 2026, and exhibits thereto, the Affirmation of Isabelle Michou dated April 1, 2026, and the Memorandum of Law dated April 1, 2026, filed concurrently herewith, Plaintiff will move this Court in the Motion Submissions Part, Room 130, at the New York County Courthouse, 60 Centre Street, New York, New York 10007, on the 29th day of May 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order:

1.    granting Plaintiff's motion for summary judgment against Defendant pursuant to CPLR 5303 and 3213;

2.    recognizing the July 1, 2025 judgment rendered by the *Cour d'appel de Paris* and entering judgment against Defendant in a total amount reflecting the following:

    a.    damages of $1,111,300,729.00;

    b.    costs of arbitration proceedings of $731,400.00;

    c.    legal fees, fees of expert witnesses, and related expenses of $3,134,907.34;

    d.    any accrued and unpaid interest on the amounts in 3(a)-(c);

3.    granting such other and further relief this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 5303 and 3213, all answering papers shall be served on the undersigned no later than ten (10) days prior to the above-mentioned return date of this motion.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: New York, New York
April 1, 2026

By: */s/ Dennis H. Hranitzky*

Dennis H. Hranitzky
Debra D. O'Gorman
Yvonne Y. Zhang
295 Fifth Avenue
Tel.: (212) 849-7000
dennishranitzky@quinnemanuel.com
debraogorman@quinnemanuel.com
yvonnezhang@quinnemanuel.com

Alex H. Loomis (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel.: (617) 712-7100
alexloomis@quinnemanuel.com

*Attorneys for Plaintiff*

To: The Russian Federation

2