
**Marks & Sokolov** LLC
ATTORNEYS AT LAW

1835 Market Street, Suite 1717
Philadelphia, PA 19103
Tel: +1 (215) 569-8901
Fax: +1 (215) 569-8912
www.Marks-Sokolov.com

BRUCE S. MARKS, ESQUIRE
LICENSED IN PENNSYLVANIA,
NEW JERSEY AND S.D. NEW YORK

PHILADELPHIA | MOSCOW

E-MAIL ADDRESS: MARKS@MSLEGAL.COM

June 16, 2026

**The Conference is ADJOURNED *sine die* pending service. Plaintiff is directed to file a status letter within 60 days or when service is completed, whichever is sooner. The Clerk of Court is respectfully directed to terminate ECF No. 11.**

*VIA ECF*
Hon. Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 17, 2026
New York, New York

**Re: *JSC Oschadbank v. The Russian Federation*, 26-cv-03549-DEH;
Unopposed Request to Adjourn Initial Pre-Trial Conference**

Dear Judge Ho:

In accordance with Local Civil Rule 7.1(e) and Individual Rules 2(a) and (e), we submit this letter motion on behalf of the Russian Federation ("Russia") to request that the Court adjourn the Initial Pretrial Conference set for July 9, 2026. *See* Notice (ECF 3). As the Notice of Removal (ECF 1) reflects, Plaintiff has yet to serve its Summons (ECF 1-1) and Notice of Motion for Summary Judgment in Lieu of Complaint (ECF 1-2) pursuant to 28 U.S.C. §1608(a), which requires transmittal of the service documents from the U.S. Department of State to the Russian Ministry of Foreign Affairs in Moscow. On May 12, 2026, the Clerk transmitted the service package to the Department of State, but it has not been transmitted through diplomatic channels to the Russian Ministry of Foreign Affairs. Thus, the scheduled pre-trial conference is premature because this Court lacks FSIA service jurisdiction over Russia. Plaintiff does not oppose this request.

As set forth in the Notice of Removal, if Russia is served under §1608(a), it intends to move to transfer this action to the District Court for the District of Columbia, where a proceeding arising from the same nucleus of facts, and raising the same allegations that Russia purportedly waived sovereign immunity under 28 U.S.C. §1605(a)(1), has been pending since March 2023. *See Joint Stock Company State Savings Bank of Ukraine, also known as JSC Oschadbank v. The Russian Federation*, 1:23-cv-00764 (D.D.C.) (Reyes, J.). In the alternative, Russia may move to dismiss pursuant to 28 U.S.C. §§ 1391(f)(4) (FSIA's exclusive venue provision), 1404(a) and 1406(a). Russia reserves the right to move to transfer this action prior to service and does not waive sovereign immunity in making this request.

Accordingly, the Russia requests the Initial Pretrial Conference be adjourned.

Sincerely,
*/s/ Bruce S. Marks*
Marks & Sokolov, LLC
Counsel for the Russian Federation

cc: All counsel via ECF