UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joint Stock Company State Savings Bank of Ukraine *also known as* JSC Oschadbank,

Plaintiff,

v.

The Russian Federation,

Defendant.

26-CV-3549 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' November 17, 2026 Joint Letter, ECF No. 36 ("the Joint Letter"), informing the Court of each party's proposed next steps in this litigation. Having considered the parties' positions, the Court orders as follows.

Defendant Russian Federation ("RF") is directed to file its Motion to Dismiss for Lack of Subject Matter and Personal Jurisdiction ("the SMJ Motion"), including its objections to service, by no later than **November 24, 2026**, consistent with the RF's alternative proposal. *See* Joint Letter at 3. Any arguments about whether the RF has waived service objections may be raised in the briefing on the SMJ Motion. The Court will determine the appropriate timeframe for any Answer from the RF upon adjudicating the SMJ Motion.

The Initial Pretrial Conference is ADJOURNED sine die, and the Court will set a date for the Conference, if needed, upon adjudicating the SMJ Motion.

Finally, when Plaintiff's reattempted service is completed, the parties are directed to file a joint letter stating their positions on whether the effectuated service alters the appropriate deadline for any Answer from the RF or impacts any service-related arguments in the parties' briefing on

the SMJ Motion.

SO ORDERED.

Dated: November 18, 2026
New York, New York

DALE E. HO
United States District Judge