**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOINT STOCK COMPANY STATE SAVINGS BANK OF UKRAINE (ALSO KNOWN AS JSC OSCHADBANK),<br><br>Plaintiff,<br><br>v.<br><br>THE RUSSIAN FEDERATION,<br><br>Defendant. | Case No. 1:26-cv-03549-DEH<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the reading and filing of the Motion to Withdraw as Counsel, it is:

ORDERED, that, pursuant to Rule 1.4 of the Local Rules of the Southern District of New York, Yvonne Yi Zhang is hereby permitted to withdraw as counsel of record for Plaintiff Joint Stock Company State Savings Bank of Ukraine ("Oschadbank");

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Yvonne Yi Zhang as counsel of record for Oschadbank;

ORDERED, that Yvonne Yi Zhang shall be removed from all electronic and other service lists in the Court's records for this matter

The Clerk of Court is respectfully directed to close ECF No. 38.

SO ORDERED.

Dated: November 23, 2026
New York, New York

Dale E. Ho
United States District Judge